| | Contract Number | Date |
|---|---|---|
| Wilfredo Cancio Isla | | |
| | P009-1057 | 9/30/2000 |
| | P109-1036 | 10/25/2000 |
| | P109-1036 | 1/24/2001 |
| | P109-1036 | 2/9/2001 |
| | P109-1045 | 10/26/2000 |
| | P209-1057 | 11/14/2001 |
| | P209-1057 | 12/3/2001 |
| Pablo Alfonso | | |
| | P010-8114 | 1/11/2000 |
| | P010-8118 | 1/25/2000 |
| | P010-8140 | 2/10/2000 |
| | P010-8176 | 3/20/2000 |
| | P010-8188 | 4/3/2000 |
| | P010-8237 | 5/31/2000 |
| | P010-8285 | 7/19/2000 |
| | P010-8298 | 7/28/2000 |
| | P010-8311 | 8/16/2000 |
| | P009-1015 | 11/1/1999 |
| | P009-1015 | 12/6/1999 |
| | P009-8040 | 12/22/1999 |
| | P010-8030 | 11/2/1999 |
| | P010-8035 | 11/10/1999 |
| | P109-1023 | 10/21/2000 |
| | P109-1023 | 11/16/2000 |
| | P109-1023 | 12/4/2000 |
| | P109-1023 | 1/8/2001 |
| | P109-1023 | 2/1/2001 |
| | P109-1023 | 2/14/2001 |
| | P109-1023 | 8/24/2001 |
| | P109-8026 | 10/21/2000 |
| | P109-8026 | 11/16/2000 |
| | P109-8026 | 12/4/2000 |
| | P109-8026 | 1/8/2001 |
| | P109-8026 | 2/1/2001 |
| | P109-8026 | 2/7/2001 |
| | P109-8022 | 10/30/2000 |
| | P110-8082 | 2/5/2001 |
| | P110-8101 | 2/21/2001 |
| | P110-8106 | 3/12/2001 |
| | P209-1046 | 11/3/2001 |
| | P209-1046 | 12/3/2001 |
| | P209-1069 | 11/26/2001 |
| | P209-8009 | 10/19/2001 |
| | P209-8009 | 12/3/2001 |
| | P210-8016 | 10/16/2001 |
| | P210-8016 | 10/23/2001 |
| | P210-8016 | 11/6/2001 |
| | P210-8016 | 11/27/2001 |
| | P210-8016 | 12/8/2001 |

| | | |
|---|---|---|
| Carlos Alberto Montaner | | |
| | P109-1035 | 10/25/2000 |
| | P109-1035 | 2/9/2001 |
| | P109-1035 | 9/27/2001 |
| | P109-1103 | 3/12/2001 |
| | P109-1103 | 8/24/2001 |
| | P209-1036 | 10/26/2001 |
| | P209-8069 | 12/13/2001 |
| Alejandro Armengol | | |
| | P009-0402 | 4/25/2000 |
| | P009-8003 | 11/5/1999 |
| | P009-8003 | 12/23/1999 |
| | P109-8020 | 10/20/2000 |
| | P109-8020 | 12/4/2000 |
| | P109-8020 | 2/6/2001 |
| | P209-8010 | 10/19/2001 |
| | P209-8010 | 11/2/2001 |
| | P209-8010 | 11/30/2001 |
| Jose Basulto | | |
| | P010-8063 | 1/8/2000 |
| Humberto Cortina | | |
| | P108-1077 | 1/16/2001 |
| | P109-1106 | 3/12/2001 |
| | P209-1021 | 10/17/2001 |
| | P209-1021 | 12/6/2001 |
| | P209-1021 | 12/28/2001 |
| Helen Ferre | | |
| | P110-8098 | 2/21/2001 |
| | P110-8108 | 3/12/2001 |
| | P110-8160 | 5/11/2001 |
| | P110-818 | 6/21/2001 |
| | P110-8215 | 7/24/2001 |
| | P110-8252 | 9/11/2001 |
| | P110-8261 | 9/26/2001 |
| | P110-8269 | 9/28/2001 |
| | P210-8048 | 11/8/2001 |
| | P210-8058 | 11/26/2001 |
| | P210-8071 | 12/13/2001 |
| Enrique Encinosa | | |
| | P109-1071 | 12/7/2000 |
| | P109-1071 | 2/8/2001 |
| Ariel Remos | | |
| | P009-1014 | 11/1/1999 |
| | P009-1014 | 1/12/2000 |
| | P109-1038 | 1/12/2000 |
| | P109-1038 | 10/26/2000 |

| | |
|---|---|
| P109-1038 | 11/16/2000 |
| P109-1038 | 1/8/2001 |
| P209-1051 | 11/3/2001 |
| P209-1051 | 12/12/2001 |