LAW OFFICES<br>
PARTNERSHIP FOR CIVIL JUSTICE FUND<br>
617 FLORIDA AVENUE, NW<br>
WASHINGTON, D.C. 20001

CO-FOUNDERS:
CARL MESSINEO*
MARA VERHEYDEN-HILLIARD*
*ADMITTED IN D.C. AND N.Y.

TELEPHONE: (202) 232-1180
FACSIMILE: (202) 747-7747

March 31, 2009

Martha Diaz-Ortiz
BBG, GOIA/PA Unit
Room 3349
300 Independence Ave, SW
Washington, DC 20237
202-203-4585 fax

*Sent Via Facsimile*

    Re:    FOIA09-007

Dear Ms. Diaz-Ortiz:

    We are writing to follow up on our March 19 letter to the BBG on behalf of the National Committee to Free the Cuban Five in regard to the above referenced FOIA request. There has been no formal denial of the Committee's requests for fee waiver and for expedited processing. There has also only been a partial release of summary information in response to the Committee's request made more than two months ago.

    In our letter of almost two weeks ago, we identified that the Committee wished to procure immediate release of certain contracts as listed in the spreadsheet provided with the March 16 letter and stated that if the BBG was asserting that payment was necessary for this request, for BBG to advise the sum it is seeking, which would be immediately tendered while reserving objection. While the Committee seeks a full response to its request, it identified particular information within that request that it is prioritizing.

    We have received no response whatsoever to our letter of March 16 which was sent via facsimile and email. Ms. La Riva of the Committee sought to contact you by phone, as you had communicated by phone previously, however you advised her that going forward you would only communicate in writing to this office. Yet, we have had no response either.

    We reiterate herein the positions set forth in our March 16 letter. As above, given the urgency of the information requested, the Committee is requesting the immediate production of the specific contracts set forth in the spreadsheet, which we are reattaching for your convenience.

We wish to resolve this matter amicably, and without the need for litigation, but do require that your office respond to communications on behalf of the requestor and provide the information requested. Please feel free to contact us with any questions.

Sincerely,

Mara Verheyden-Hilliard

Attachment